UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LYONS,

        Plaintiff,

    v.

EYEMART EXPRESS LLC,

        Defendant.

No. 2:25-cv-03364-DC-CKD

ORDER GRANTING UNOPPOSED MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS

(Doc. Nos. 27)

This matter is before the court on Defendant's motion to transfer this action to the United States District Court for the Northern District of Texas, which Plaintiff does not oppose. (Doc. No. 27.) Indeed, in opposing Defendant's pending motion to dismiss, Plaintiff affirmatively requests that this court grant Plaintiff's unopposed motion to transfer venue so the pending motion to dismiss can be addressed by the Northern District of Texas. (Doc. No. 29 at 7.)

The parties seek transfer of this action "because the majority of the relevant witnesses and evidence in this case are located in or around Farmers Branch, Texas (which is located within the Dallas/Fort Worth, Texas area), where Eyemart is headquartered, where Eyemart employees with relevant knowledge reside, and where Eyemart operates and maintains the Website." (Doc. No. 27 at 7.) The parties assert that "[t]ransfer would also promote the interests of justice" and obviate the need for the court to rule on Defendant's motion to dismiss for lack of personal jurisdiction. (*Id.* at 8.) Thus, the parties request a transfer of this action "to the Northern District of Texas

1

where venue is proper, and the convenience of the parties and witnesses and the interests of justice and comity would be best served." (*Id.* at 19.)

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. 1404(a). Here, the unopposed motion to transfer venue shows that both parties have consented to transferring this case to the Northern District of Texas. Therefore, pursuant to the parties' joint request to transfer this action, and for the sake of judicial economy and efficiency, and in the interest of justice, the court will transfer this action to the United States District Court for the Northern District of Texas.

Accordingly,

1. Defendant's unopposed motion to transfer this action to the United States District Court for the Northern District of Texas (Doc. No. 27) is GRANTED;

2. The court hereby TRANSFERS this action to the United States District Court for the Northern District of Texas;

3. The court further orders the Clerk of the Court for the Eastern District of California to forward all filings in this action to the United States District Court for the Northern District of Texas; and

4. The Clerk of the Court for the Eastern District of California shall close this case upon completion of the transfer.

IT IS SO ORDERED.

Dated:   **February 20, 2026**

_____

Dena Coggins
United States District Judge

2